UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VAN KY MAI,

Petitioner,

v.

HERNANDEZ et al.,

Respondents.

CASE NO. 26-cv-01337-JHC

ORDER

This matter comes before the Court sua sponte.  In response to Petitioner's Motion for Attorney Fees (Dkt. # 10), Respondents correctly say that Petitioner has not attached "an itemized statement... stating the actual time expended and the rate at which fees and other expenses were computed," as required by statute.  Dkt. # 12 at 2 (quoting 28 U.S.C. § 2412(d)(1)(B)).  Upon reviewing the record, Petitioner's Declaration in Support of Fee repeatedly refers to "billing records attached" but no records are attached.  Dkt. # 10-1 at 2; *see generally* Docket.  Because this appears to be a filing error, the Court GRANTS Petitioner leave to file the referenced records or an itemized statement.  *See* LRC 7(m).  Petitioner is DIRECTED to file an itemized statement by July 23, 2026.  If no response is received by such date, the Court will deny the motion.

ORDER - 1

The Court DIRECTS the Clerk to re-note the motion for attorney fees (Dkt. # 10) for July 23, 2026.

Dated this 8th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2